STATE of Missouri, Respondent,

v.

**Walter J. RUSSELL, Appellant.**

No. WD 64298.

Missouri Court of Appeals,
Western District.

May 10, 2005.

Craig A. Johnston, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: EDWIN H. SMITH, C.J., ROBERT G. ULRICH, and PATRICIA A. BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Walter Russell appeals his conviction for possession of a controlled substance in or about the premises of a correctional center, section 217.360, RSMo 2000, and sentence as a prior and persistent offender to fifteen years imprisonment. He claims that the trial court plainly erred in failing to grant a new trial based on a discovery violation by the State. The judgment of conviction is affirmed. Rule 30.25(b).